```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

TERRANCE DEWAYNE WILLIAMS,
a/k/a PAT WILLIAMS,                  :

    Petitioner,                      :
                                                    CIVIL ACTION 09-0405-WS-M
v.                                   :
                                        CRIMINAL ACTION 96-00163-WS
UNITED STATES OF AMERICA,            :

    Respondent.                      :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this Motion to Vacate be DENIED (Doc. 193) as time-barred and that this action be DISMISSED.

DONE this 5th day of November, 2009.

                                                  S/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE